IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01887-CMA-BNB

CHRISTOPHER DAVID DALGARN,

Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, Colorado, and DEPUTY ROCHALLE L. ROOKS, individually,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Postpone Settlement conference and Extend Other Deadlines** [docket no. 19, filed November 24, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Expert Witness Disclosures are amended as follows: the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 27, 2010**; and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 26, 2010**. Depositions of any rebuttal experts are to be taken on or before **March 26, 2010**, the only discovery to be done after the discovery cut-off of March 4, 2010.

IT IS FURTHER ORDERED that the Settlement Conference set for November 30, 2009, is **vacated and reset to January 6, 2010, at 10:00 a.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format

addressed to Boland_Chambers@cod.uscourts.gov., on or before **December 30, 2009**.  **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.**  Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

DATED:  November 24, 2009