IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01887-CMA-BNB | Date: March 24, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CHRISTOPHER DAVID DALGARN, | Karen Steinhauser |
| | Todd Mair |
| Plaintiff(s) | |
| v. | |
| DEPUTY ROCHELLE L. ROOKS, and individually | Andrew Ringel |
| RODNEY D. JOHNSON, | Katherine Pratt |
| in his official capacity as Sheriff of Grand County, Colorado | |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:   3:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendants' Exhibits filed conventionally under seal .

**ORDERED:** Plaintiff's motion to compel discovery of documents [Doc.#24; filed 3/8/10] is granting in part and denied in part as stated on the record.

**ORDERED:** Defendants' motion for extension of time to complete discovery relating to plaintiff and his health care providers, to re-open the

**depositions of plaintiff and Dawn North, to conduct a psychological evaluation of plaintiff and to exceed the number of depositions permitted by the scheduling order [Doc. #26; filed 3/8 /10] is taken under advisement as stated on the record.**

Court in Recess     5:00 p.m.     Hearing concluded.  Total time in Court:    01:29

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.