IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 09-cv-01887-CMA -BNB | Date: May 6, 2010 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CHRISTOPHER DAVID DALGARN, | Stephen Peters |
| Plaintiff(s) | |
| v. | |
| DEPUTY ROCHELLE L. ROOKS, and individually | Katherine Pratt by telephone |
| RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, Colorado | |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:   8:41 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant Rochalle Rooks' motion to stay pending qualified immunity determination [Doc.#39; filed 4/19/10] is taken under advisement.**

**ORDERED:** **Unopposed motion for two week extension of time to complete electronic discovery [ Doc. #42; filed 4/30/10] is granted as stated on the record.**

Court in Recess: 9:13 a.m.     Hearing concluded.  Total time in Court: 00:32

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.