IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01887-CMA-BNB

CHRISTOPHER DAVID DALGARN,

Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, Colorado, and
DEPUTY ROCHALLE L. ROOKS, individually,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Unopposed Motion to Reschedule
Settlement Conference** [docket no. 110, filed September 2, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for
September 10, 2010, is **vacated and reset to September 22, 2010, at 9:00 a.m.,** in Chambers A-
442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse
will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

      IT IS FURTHER ORDERED that the counsel **shall have parties present at the
Settlement Conference** who shall have **full authority** to negotiate all terms and demands
presented by the case, and **full authority** to enter into a settlement agreement, including an
adjustor if an insurance company is involved.  This requirement is not satisfied by the presence
of counsel only.

      The Confidential Settlement Statements shall be submitted by e-mail in PDF format
addressed to Boland_Chambers@cod.uscourts.gov., on or before **September 15, 2010**.  **In
addition, each Confidential Settlement Statement must contain a specific offer of
compromise, including the dollar amount each client will accept or pay in settlement and
any essential non-economic terms.**  Failure to submit Confidential Settlement Statements on
time may result in the Settlement Conference being vacated.

DATED:  September 2, 2010