IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01887-CMA-BNB

CHRISTOPHER DAVID DALGARN,

Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, Colorado, and
DEPUTY ROCHALLE L. ROOKS, individually,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion for Defendant Rochalle L. Rooks to Participate in Settlement Conference by Telephone** [docket no. 114, filed September 15, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED: September 16, 2010