IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01887-CMA-BNB

CHRISTOPHER DAVID DALGARN,

    Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff
  of Grand County, Colorado, and
DEPUTY ROCHALLE L. ROOKS, Individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter, coming to be heard on the parties' Joint Stipulated Motion to Dismiss With Prejudice (Doc. # 128), and the Court being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear his or its own attorney's fees and costs.

DATED: September __24__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge